**Opinion issued December 31, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-25-01053-CV**

_____

**IN RE MATTHEW JAMAL JACKSON AND SAVE A LIFE HOMES, LLC,
Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators Matthew Jamal Jackson and Save a Life Homes, LLC have filed a

"Petition for Writ of Mandamus and Emergency Motion to Compel Transmission of

Record" arguing that the Justice Court, Precinct 5, Place 1 of Harris County, Texas,

"violated mandatory ministerial duties leaving [r]elators without an adequate remedy by appeal."[1]

An appellate court may issue a writ of mandamus "against a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district." *See* TEX. GOV'T CODE § 22.221(b). Relators' petition for writ of mandamus requests that this Court issue a writ of mandamus against a justice court. This Court lacks mandamus jurisdiction over a justice court. *See* TEX. GOV'T CODE § 22.221(b)–(c); *see also In re Castro*, No. 02-23-00489-CV, 2024 WL 23627, at \*1 (Tex. App.—Fort Worth Jan. 2, 2024, orig. proceeding) (mem. op.) (dismissing petition for writ of mandamus for want of jurisdiction where relator challenged "actions of a justice of the peace"); *In re Garcia*, No. 13-18-00651-CV, 2018 WL 6219254, at \*2 (Tex. App.—Corpus Christi–Edinburg Nov. 28, 2018, orig. proceeding) (mem. op.) ("This Court does not have jurisdiction to issue a writ of mandamus against a justice of the peace.").

Accordingly, we dismiss this proceeding for want of jurisdiction, expressing no opinion on the merits. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1] The underlying case is *Save a Life Homes, LLC and Matthew Jamal Jackson, Managing Member v. Becky Spoto The Mercury Alliance 9523 Brookhaven Park Dr Houston, TC 77065, Realtor, et al*., Cause No. 255100472009, pending in the Justice Court, Precinct 5, Place 1 of Harris County, Texas, the Honorable James Lombardino presiding.